

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00329-CR

NEVADA BARNETTE                                                    APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 1356912D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Nevada Barnette attempts to appeal his conviction for possession of less than one gram of a controlled substance. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On August 27, 2014, we notified Barnette that the appeal would be dismissed pursuant to the trial court's

---

[1]*See* Tex. R. App. P. 47.4.

certification unless he or any party desiring to continue the appeal filed a response on or before September 8, 2014, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. Barnette filed a response, but it does not show grounds for continuing the appeal. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  September 25, 2014

2